1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    VICTOR A. SANCHEZ, JR.,            )         1:04-CV-5727 OWW SMS P
                                         )
12          Plaintiff,                   )         ORDER GRANTING EXTENSION OF
                                         )         TIME
13          v.                           )         (DOCUMENT #7)
                                         )
14    DETENTION OFFICERS OF KERN         )
      COUNTY SHERIFFS LERDO JAIL,        )
15                                       )
            Defendants.                  )
16    _____)

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18    November 21, 2005, plaintiff filed a motion to extend time to file objections to the Findings and

19    Recommendation.  Good cause having been presented to the court and GOOD CAUSE APPEARING

20    THEREFOR, IT IS HEREBY ORDERED that:

21          Plaintiff is granted thirty days from the date of service of this order in which to file objections.

22    IT IS SO ORDERED.

23    **Dated:    December 15, 2005**              **/s/ Sandra M. Snyder**
      b6edp0                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28